ALBERT A. VOLK COMPANY, INC., Appellant v. FLESCHNER BROS. INC., et al., Respondents.— Order entered November 26, 1947, unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Present — Dore, J. P., Callahan, Van Voorhis and Shientag, JJ.

DALE BELMONT, Respondent, v. LESTER COWAN PRODUCTIONS, INC., Appellant.— Judgment, and the order so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Cohn, Callahan and Shientag, JJ.

H. & H. POULTRY CORP. OF N. Y. et al., Respondents, v. THORMAN BAUM & CO., INC., Appellant.— In view of the fact that a denial of the motion for a temporary injunction would have rendered futile a trial of the issues of law and fact involved, the injunction *pendente lite* was properly granted by the Special Term. The order accordingly is affirmed, with $20 costs and disbursements to the respondents. Present — Peck, P. J., Glennon, Cohn, Callahan and Shientag, JJ.; Peck, P. J., dissents in a memorandum as follows: I dissent on three grounds: (1) that plaintiffs' moving papers make no such clear showing as to entitle them to a preliminary injunction, (2) that the complaint fails to state a cause of action (*Crouse* v. *McVickar*, 207 N. Y. 213; *David* v. *Fayman*, 273 App. Div. 408), and (3) that any cause of action would have to rest on section 8 of the Commercial Rent Law (L. 1945, ch. 3, as amd.), which affords and defines the cause of action for its violation and provides the specific remedy. The order appealed from should be reversed and the motion denied. Settle order on notice fixing an early date for trial.

HELGA HUNTER, Appellant, v. VICTOR MOORE, Respondent, et al., Defendants.— Order unanimously reversed, with $20 costs and disbursements to the appellant, and the motion granted. No opinion. Settle order on notice. Present — Peck, P. J., Dore, Cohn, Callahan and Van Voorhis, JJ.

RUTH LINDER, Appellant, v. HYMAN LINDER, Respondent.— Order unanimously affirmed. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Van Voorhis, JJ.

JARDIN ASSOCIATES, INC., et al., Respondents, v. ALBERT E. KEATING et al., Doing Business as KEATING & SCHORB, Appellants.— Order unanimously reversed and the motion to resettle in conformity with the stipulation granted to the extent of adding to the resettled order paragraphs (10), (11) and (13) of the stipulation of settlement and also adding to the recitals preliminary to the decretal parts of the order "on reading and filing the transcript of said stipulation hereto annexed." Settle order on notice. Present — Peck, P. J., Dore, Cohn, Callahan and Van Voorhis, JJ.

THERESA MONGRELLO et al., Appellants, v. ALAN B. MILLER, JR., Respondent. — Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Van Voorhis, JJ.

ROSEMARY CANTOR, Appellant, v. HYMAN CANTOR, Respondent.—Order unanimously affirmed. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Van Voorhis, JJ.

JOHN HUME, Respondent, v. ISBRANDTSEN COMPANY, INC., Appellant.— Order, so far as appealed from, unanimously reversed, with $20 costs and disbursements to the appellant, and plaintiff's motion to vacate notice of his examination before trial by defendant denied. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Peck, P. J., Dore, Cohn, Callahan and Van Voorhis, JJ.